UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTHONY LAMONT MOORE,

    Plaintiff,

v.

TOMMY FEGAN, et al.,

    Defendants.

_____/

Case No. 2:15-cv-142

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion for preliminary injunction. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 28, 2017, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 117) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Preliminary Injunction (ECF No. 103) is DENIED.

Dated: January 22, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge