UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY LAMONT MOORE,<br>　　PLAINTIFF, | )<br>)<br>)　NO. 2:15-CV-142 |
| -V- | )<br>)　HONORABLE PAUL L. MALONEY |
| TOMMY FEGAN,<br>　　DEFENDANT. | )<br>)<br>) |

# JUDGMENT

In accordance with the jury verdict returned and entered on this date, and pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters in favor of Plaintiff Anthony Lamont Moore and against Defendant Tommy Fegan

Plaintiff Moore is awarded $100.00 in compensatory damages.

**IT IS SO ORDERED.**

Date:   September 13, 2018                                                       /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge